UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MAURICIO ANTIONIO ALVARENGA and GLADYS FUENTES,   )<br><br>    Petitioners,   )<br><br>v.   )<br><br>EDUARDO AGUIRRE, JR., Director United States Citizenship and Immigration Service, and MICHAEL CHERTOFF, Secretary, Department of Homeland Security,   )<br><br>    Respondents.   ) | Civil Action No.<br>05-11390-JLT |

**MOTION TO VACATE THE DISMISSAL FOR LACK OF JURISDICTION**

Pursuant to Fed. R. Civ. P. 60(b), the Respondents move to vacate the dismissal of this action for lack of subject matter jurisdiction.

In support of the motion, the Respondents submit the attached memorandum of law.

Wherefore, the Respondents respectfully request that the dismissal for lack of subject matter jurisdiction be vacated.

> Respectfully submitted,
> MICHAEL J. SULLIVAN
> United States Attorney
>
> /s/ Mark J. Grady
> Mark J. Grady, Assistant U.S. Attorney
> United States Attorney's Office
> John Joseph Moakley Courthouse
> One Courthouse Way
> Boston, MA 02210
> (617) 748-3100

## Certificate of Compliance

I hereby certify that I attempted to contact counsel for the Plaintiff by phone on August 8 and 9, 2005 but was unable to reach him. I also emailed counsel on August 9, 2005.

> /s/ Mark J. Grady
> Mark J. Grady, Assistant U.S. Attorney